PROB 12B
(7/93)

Report Date: December 29, 2010

# United States District Court

## for the

## Eastern District of Washington

U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 05 2011

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Adrien Beavers     Case Number: 2:10CR00150-001 -FVS

Name of Sentencing Judicial Officer:  The Honorable Charles C. Lovell, Senior U.S. District Judge
Name of Supervising Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: 4/12/2007     Type of Supervision:  Supervised Release

Original Offense: Conspiracy to Possess With Intent to Distribute Cocaine, 21:841(b)(1)(A)     Date Supervision To Commence: 12/26/2010

Original Sentence: Prison - 72 Months; TSR - 60 Months     Date Supervision Expires: 12/25/2015

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

14   You shall abstain from the use of illegal controlled substances and alcohol, and shall submit to urinalysis and Breathalyzer testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

## CAUSE

The purpose of this petition is to apprise the Court of the status of the aforementioned case, in light of the Ninth Circuit Court of Appeals' finding in United States v. Stevens (9th Cir. 2005), and to request that the conditions of supervision be modified to authorize a maximum of six random drug tests per month.

Adrien Beavers was asked whether he would waive his right to a hearing and agree to the modifications as previously described. As indicated by the enclosed Waiver of Hearing to Modify Conditions of Supervised Release form, Mr. Beavers has agreed to the proposed modifications.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  12/29/2010

s/Sam Najera for:

Tommy Rosser
U.S. Probation Officer

Case 2:10-cr-00150-RMP    Document 4    Filed 01/05/11

Prob 12B
Re: Beavers, Adrien
December 29, 2010
Page 2

THE COURT ORDERS

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[✓]  The Modification of Conditions as Noted Above
[ ]  Other

Signature of Judicial Officer

January 3, 2010
Date