PROB 12C
(7/93)

Report Date: January 9, 2015

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 13, 2015

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Adrien Montre Beavers          Case Number: 2:10CR00150-FVS-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Charles C. Lovell, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: April 12, 2007

| | |
|---|---|
| Original Offense: | Conspiracy to Possess With Intent to Distribute Cocaine, 21 U.S.C. § 841(b)(1)(A) |
| Original Sentence: | Prison - 72 months       Type of Supervision: Supervised Release
TSR - 60 months |
| Asst. U.S. Attorney: | Pamela J. Byerly       Date Supervision Commenced: December 23, 2010 |
| Defense Attorney: | Federal Defender's Office       Date Supervision Expires: December 22, 2015 |

### PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1     **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

      **Supporting Evidence**: Adrien Beavers violated the conditions of his supervised release in Post Falls, Idaho, on December 26, 2014, by being cited for driving without privileges (#P1030278), and parking in reserved spaces for disabled persons (#P1030279).

2     **Standard Condition # 1**: The defendant shall not leave the judicial district without the permission of the court or probation officer.

      **Supporting Evidence**: Adrien Beavers violated the conditions of his supervised release in Post Falls, Idaho, on December 26, 2014, by traveling to Post Falls, Idaho, without prior permission from his supervising probation officer.

3     **Standard Condition # 11**: The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.

      **Supporting Evidence**: Adrien Beavers violated the conditions of his supervised release by failing to contact his supervising probation officer within 72 hours after receiving a new law violation on December 26, 2014.

Prob12C
**Re: Beavers, Adrien Montre**
**January 9, 2015**
**Page 2**

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  01/09/2015

s/Tommy Rosser

Tommy Rosser
U.S. Probation Officer

### THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[✓]  The Issuance of a Summons
[ ]  Other

*Fred Van Sickle*

Signature of Judicial Officer

1/13/15

Date