PROB 12C
(7/93)

Report Date:  May 20, 2015

# United States District Court

### for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## May 21, 2015

SEAN F. McAVOY, CLERK

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Adrien Montre Beavers          Case Number: 2:10CR00150-RMP-1

Address of Offender:                    Spokane Valley, Washington 99206

Name of Sentencing Judicial Officer: The Honorable Charles C. Lovell, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, Chief U.S. District Judge

Date of Original Sentence: April 12, 2007

Original Offense:          Conspiracy to Possess With Intent to Distribute Cocaine, 21 U.S.C. § 841(b)(1)(A)

Original Sentence:      Prison -72 months          Type of Supervision: Supervised Release
                                 TSR - 60 months

Asst. U.S. Attorney:    Pamela J. Byerly          Date Supervision Commenced: December 23, 2010

Defense Attorney:       John Stephen Roberts, Jr          Date Supervision Expires: December 22, 2015

## PETITIONING THE COURT

**To issue a summons** and incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 01/09/2015.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer. |
|  | **Supporting Evidence**: On March 18, 2015, Mr. Beavers was directed by the undersigned officer to cease driving a vehicle, as he did not possess a valid driver's license.  Adrien Beavers violated the conditions of his supervised release in Spokane, Washington, on or about May 12, 2015, by self-disclosing to the undersigned officer that he has operated a vehicle, without possessing a valid driver's license, on at least two occasions since his last appearance before the Court on March 18, 2015. |

**Prob12C**
**Re: Beavers, Adrien Montre**
**May 20, 2015**
**Page 2**

5          **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

**Supporting Evidence**: Adrien Beavers violated the conditions of his supervised release in Spokane, Washington, on May 14, 2015, by driving a vehicle without having a valid driver's license. Specifically, the undersigned officer witnessed the offender driving a vehicle in downtown Spokane the evening of May 14, 2015.

It is noted that the license plate of the vehicle he was observed operating is from the State of Idaho. Adrien Beavers' legal address is known to be at 9817 E. 6th, Spokane Valley, Washington, 99206.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     May 20, 2015
_____

s/Tommy Rosser
_____

Tommy Rosser
Supervising U.S. Probation Officer

THE COURT ORDERS

[  ]   No Action
[  ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition
       with the other violations pending before the Court.
[  ]   Defendant to appear before the Judge assigned to the case.
[  ]   Defendant to appear before the Magistrate Judge.
[  ]   Other

_____
Signature of Judicial Officer

May 20, 2015
_____

Date